ERIC D. CHAN (State Bar No. 253082)
AVI W. RUTSCHMAN (State Bar No. 298922)
**ATHENE LAW, LLP**
10866 Washington Blvd., #142
Culver City, CA 90232-3610
Telephone: (310) 913-4013
E-mail: eric@athenelaw.com
E-mail: avi@athenelaw.com

Attorneys for Plaintiff ECURE CA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECURE CA, LLC,<br><br>          Plaintiff,<br><br>     vs,<br><br>REGAL MEDICAL GROUP, INC., a California corporation; LAKESIDE MEDICAL ORGANIZATION, A MEDICAL GROUP, INC.; and DOES 1-10, inclusive;<br><br>          Defendants. | Case No.: 22-cv-08948<br><br>Complaint Filed:  May 27, 2022<br><br>**DECLARATION OF ERIC D. CHAN IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO REMAND**<br><br>Date:     Monday, January 30, 2022<br>Time:    9:00 a.m.<br>Ctrm:    850, 8th Floor |

DECLARATION OF CHAN ISO REPLY TO OPPOSITION TO MOTION TO REMAND

I, ERIC D. CHAN, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am an attorney with the law firm of Athene Law, LLP, counsel of record for ECURE CA, LLC ("ECURE").

2.    I make this Declaration in support of Plaintiff's Reply to Defendants' Opposition to Motion to Remand.

3.    Plaintiff ECURE has incurred at least an additional $1,775.00 in fees responding to Defendants' Opposition to Motion to Remand.  This consists of approximately 2 hours of my time and 3 hours worked by my colleague, Avi Rutschman.  To date, Plaintiff ECURE has incurred a total of $3,530.00 in attorneys' fees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 13, 2023, at Culver City, California.


By:    _____
        */s/ Eric D. Chan*
        ERIC D. CHAN

---

1

DECLARATION OF CHAN ISO REPLY TO OPPOSITION TO MOTION TO REMAND